# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1383
_____

United States of America

*Plaintiff - Appellee*

v.

Dyqwon D. Brown

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: June 28, 2022
Filed: July 1, 2022
[Unpublished]
_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Dyqwon Brown received a 96-month prison sentence after he pleaded guilty to being a felon in possession of ammunition. *See* 18 U.S.C. §§ 922(g)(1), 924(a)(2). As part of the plea agreement, he waived the right to appeal his conviction and sentence, except for, as relevant here, ineffective assistance of counsel. An *Anders* brief questions the enforceability of the plea agreement, the

substantive reasonableness of the sentence imposed by the district court,[1] and counsel's performance.  *See Anders v. California*, 386 U.S. 738 (1967).

The appeal waiver, which is enforceable, covers all but one of these issues. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing the validity of an appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (explaining that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).   For that one, ineffective assistance of counsel, it is too early to consider it given the state of the record.   *See United States v. Ramirez-Hernandez*, 449 F.3d 824, 826–27 (8th Cir. 2006) (explaining that this type of claim is "usually best litigated in collateral proceedings").

Finally, we have also independently reviewed the record and conclude that no other non-frivolous issues exist.   *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). Accordingly, we dismiss the appeal and grant counsel permission to withdraw.

_____

---

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.